
**<u>1876 Texas Constitution (as ratified without subsequent amendments) ARTICLE I. BILL OF RIGHTS. SECTION 24. The military at all times shall be subordinate to the civil authority</u>**. Notice of Special Restricted Appearance: Arthur Qadri El, Beneficial Owner 1st Lien Holder of JOHNSON, ARTHUR LYNN JR Estate d/b/a ARTHUR LYNN JOHNSON JR©®TM

**IN THE JUSTICE OF THE PEACE PRECINCT 11 PLACE 11**

**FILED**
June 17, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**WACO TEXAS**

BY: _____BW_____
DEPUTY

| | | |
|---|---|---|
| STATE OF TEXAS | § | Case Number: TX6B9A0TWW2J |
| v. | § | |
| JOHNSON, ARTHUR LYNN JR corp. sole | § | |
| Dba. ARTHUR LYNN JOHNSON JR | § | NOTICE OF REMOVAL FROM COURT |

## <u>NOTICE OF REMOVAL</u>

***TAKE NOTICE THAT** pursuant to;* The United States Constitution, in Article III, § 2, gives the Congress the power to permit federal courts to hear diversity cases through legislation authorizing such jurisdiction.

***TAKE NOTICE THAT** pursuant to;* The 1876 Texas Constitution (as ratified without subsequent amendments)1876 Texas Constitution ARTICLE I § I Texas is a free and independent State, subject only to the Constitution of the United States;

**AND TAKE FURTHER NOTICE THAT** the matter is to be heard in the United States District Court Western District of Texas.

**AND TAKE FURTHER NOTICE THAT** an affidavit for Notice of Removal has been filed with this court and the United States Western District Court of Texas, 800 Franklin Ave., Room 380, Waco, Texas 76701.

pg. 1

 Case 6:22-cv-00633-ADA-DTG   Document 1   Filed 06/17/22   Page 2 of 13

**<u>1876 Texas Constitution (as ratified without subsequent amendments) ARTICLE I. BILL OF RIGHTS. SECTION 24. The military at all times shall be subordinate to the civil authority</u>**. Notice of Special Restricted Appearance: Arthur Qadri El, Beneficial Owner 1st Lien Holder of JOHNSON, ARTHUR LYNN JR Estate d/b/a ARTHUR LYNN JOHNSON JR©®TM

Date: June 17th 2022

_Arthur Qadri El_ (signature)

[ UCC 1-103.6 UCC 1-308, UCC 1-301 UCC 1-107]

State of Texas )

Bell   )ss.

County of Bell )
I have hereunto set my hand and seal of office

On this, 17th Day of June 2022  Notary Public _Naydia Haslem_ Seal:

NAYDIA HASLEM
Notary Public, State of Texas
Comm. Expires 10-16-2024
Notary ID 132753509
pg. 2

**1876 Texas Constitution (as ratified without subsequent amendments) ARTICLE I. BILL OF RIGHTS. SECTION 24. The military at all times shall be subordinate to the civil authority.** Notice of Special Restricted Appearance: Arthur Qadri El, Beneficial Owner 1st Lien Holder of JOHNSON, ARTHUR LYNN JR Estate d/b/a ARTHUR LYNN JOHNSON JR©®TM

Arthur Qadri El, registered Owner
of JOHNSON, ARTHUR LYNN JR corp. sole Dba ARTHUR LYNN JOHNSON JR
c/o [3504] 3504 Plains Dr, [Texas] state Republic Near; [76542]

## NOTICE OF REMOVAL

| STATE OF TEXAS | § | Case Number: TX6B9A0TWW2J |
|---|---|---|
| v. | § | |
|  | § | |
| JOHNSON, ARTHUR LYNN JR corp. sole | § | |
| Dba. ARTHUR LYNN JOHNSON JR | § | NOTICE OF REMOVAL FROM COURT |

IN THE JUSTICE OF THE PEACE PRECIENT 11 PLACE 11

WACO TEXAS

**CERTIFICATE OF SERVICE**

I, Arthur Qadri El, living Man for JOHNSON, ARTHUR LYNN JR corp. sole dba. ARTHUR LYNN JOHNSON JR, am to certify that I have this day served the Civil Clerk with this **Notice of Removal** by Hand Delivery thereon to ensure delivery:

Dated this 17th day of June 2022

_____ Free name

pg. 3

**<u>1876 Texas Constitution (as ratified without subsequent amendments) ARTICLE I. BILL OF RIGHTS. SECTION 24. The military at all times shall be subordinate to the civil authority</u>**. Notice of Special Restricted Appearance: **Arthur Qadri El, Beneficial Owner 1st Lien Holder of JOHNSON, ARTHUR LYNN JR Estate d/b/a ARTHUR LYNN JOHNSON JR©®TM**

## IN THE JUSTICE OF THE PEACE PRECIENT 11 PLACE 11

## WACO TEXAS

| | | |
|---|---|---|
| STATE OF TEXAS | § | Case Number: TX6B9A0TWW2J |
| v. | § | |
| JOHNSON, ARTHUR LYNN JR corp. sole | § | NOTICE OF MOTION AND |
| Dba. ARTHUR LYNN JOHNSON JR | § | MOTION TO INTERVENE |

## <u>NOTICE OF CONSTITUTIONAL CHALLENGE TO STATUTE</u>

## <u>AND MOTION TO INTERVENE</u>

***TAKE NOTICE THAT*** *pursuant to notice of the constitutional challenge and copy of petition (Article A)*

1. Short leave to be granted for the application;
   a. Challenge to the constitutionality of state statutes:

   > i. FAIL TO DISPLAY DRIVER LICENSE (TXTRC 521.025A),
   >
   > ii. FAIL TO MAINTAIN FINANCIAL RESPONSIBILITY (#) (TXTRC 601.191),
   >
   > iii. OPERATION OF VEHICLE WITH EXPIRED LICENSE PLATE (TXTRC 502.407),
   >
   > iv. DRIVE IN LEFT LANE WHEN NOT PASSING OR WHERE PROHIBITED ( TXTRC 544.011; 544.004),
   >
   > v. 5. OPERATE VEHICLE W/O REGISTRATION INSIGNIA # (TXTRC 502.473)

pg. 4



**<u>1876 Texas Constitution (as ratified without subsequent amendments) ARTICLE I. BILL OF RIGHTS, SECTION 24. The military at all times shall be subordinate to the civil authority</u>**. Notice of Special Restricted Appearance: Arthur Qadri El, Beneficial Owner 1st Lien Holder of JOHNSON, ARTHUR LYNN JR Estate d/b/a ARTHUR LYNN JOHNSON JR©®TM

AND TAKE FURTHER NOTICE THAT the matter is to be argued or set for trial on the 18th day of July 2022.

AND TAKE FURTHER NOTICE THAT the affidavit filed on the 17th of June was filed in this court in support of the 'defendants' defense.

AND TAKE FURTHER NOTICE THAT the material facts giving rise to the constitutional question are as follows:

1. The offence numbers are listed in Paragraph 1(a) (i-v)
2. The date of the alleged offence is May 26th 2022.
3. The defendants' inalienable rights, protected by 1876 Texas Constitution (as ratified without subsequent amendments) and 1876 BILL OF RIGHTS, rights of travel has been violated;
4. The defendants inalienable rights were violated; protected by 1876 Texas Constitution (as ratified without subsequent amendments) and 1876 BILL OF RIGHTS, ARTICLE I SECTION 9. The people shall be secure in their persons, houses, papers and possessions from all unreasonable seizures or searches, and no warrant to search any place, or to seize any person or thing, shall issue without describing them as near as may be, nor without probable cause supported by oath or affirmation, particularly describing the place, or places, to be searched, and the persons or things to be seized.
5. The defendant has yet to receive discovery;
6. Substantiative Law is in support of defendants defense.

AND TAKE FURTHER NOTICE THAT the grounds for this constitutional question are as follows:

**1876 Texas Constitution (as ratified without subsequent amendments) ARTICLE I. BILL OF RIGHTS, SECTION 24. The military at all times shall be subordinate to the civil authority.** Notice of Special Restricted Appearance: Arthur Qadri El, Beneficial Owner 1st Lien Holder of JOHNSON, ARTHUR LYNN JR Estate d/b/a ARTHUR LYNN JOHNSON JR©®TM

1. That THE JUSTICE OF THE PEACE PRECINCT 11 PLACE 11 WACO TEXAS comply to Rule (2) of the FRCP

2. That THE JUSTICE OF THE PEACE PRECINCT 11 PLACE 11 WACO TEXAS reschedule trial until constitutional challenge is examined;

3. THE JUSTICE OF THE PEACE PRECINCT 11 PLACE 11 WACO TEXAS delay trial until requirements of the United States Western District Court of Texas and the Texas Attorney General has been placed on notice.

June 17th 2022

_[signature]_

[ UCC 1-103.6 UCC 1-308, UCC 1-301 UCC 1-107]

Arthur Qadri El, registered Owner
of JOHNSON ARTHUR LYNN JR corp. sole
Dba ARTHUR LYNN JOHNSON JR Dba
ARTHUR LYNN JOHNSON JR
c/o [3504] Plains Drive
Killeen [Texas] state Republic
Near; [76542] (254)338-8193

To: Clerk of Court; WACO.

501 Washington Ave Rm 104-D.

Waco Texas 76701

CC: Kenneth Paxton

Office of Attorney General

PO Box 12548

CC: Judd E. Stone II

Solicitor General of Texas

PO Box 12428

pg. 6

(Article A)

# Challenge to Constitutionality of a State Statute

**Print**

This form must be completed by a party filing a petition, motion or other pleading **challenging the constitutionality of a state statute**. The completed form must be filed with the court in which the cause is pending as required by Section 402.010 (a-1), Texas Government Code.

**Cause Number** *(For Clerk Use Only):*

**Court** *(For Clerk Use Only):*

Styled: STATE OF TEXAS v. JOHNSON ARTHUR LYNN JR ESTATE d/b/a ARTHUR LYNN JOHNSON JR

*(e.g., John Smith v. All American Insurance Co.; in re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

**Contact information for party* challenging the constitutionality of a state statute.** (*If party is not a person, provide contact information for party, party's representative or attorney.)

Name: Arthur Qadri El          Telephone: 254-338-3820
Address: c/o 3504 Plains Dr    Fax:
City/State/Zip: Killeen Texas 76542;[near]    State Bar No. (if applicable):
Email:

Person completing this form is:  ☐ Attorney for Party  ☐ Unrepresented Party  ☑ Other: Beneficial-Owner

**Identify the type of pleading you have filed challenging the constitutionality of a state statute.**

☐ Petition    ☑ Answer    ☑ Motion (Specify type): RULE 61 MOTION TO INTERVENE
☐ Other:

**Is the Attorney General of the State of Texas a party to or counsel in this cause?**

☐ Yes  ☑ No

**List the state statute(s) being challenged in your pleading and provide a summary of the basis for your challenge.** (Additional pages may be attached if necessary.)

1. FAIL TO DISPLAY DRIVER LICENSE (TXTRC 521.025A)), 2. FAIL TO MAINTAIN FINANCIAL RESPONSIBILITY (#) (TXTRC 601.191), 3. OPERATION OF VEHICLE WITH EXPIRED LICENSE PLATE (TXTRC 502.407), 4. DRIVE IN LEFT LANE WHEN NOT PASSING OR WHERE PROHIBITED( TXTRC 544.011; 544.004), 5. OPERATE VEHICLE W/O REGISTRATION INSIGNIA # (TXTRC 502.473)
Texas Attorney General, Texas Govenor, Texas Sheriff are aware of this ratification by registered mail.
1. inalienable rights, protected by 1876 Texas Constitution (as ratified without subsequent amendments) and 1876 BILL OF RIGHTS, ARTICLE I SECTION 19. No citizen of this State shall be deprived of life, liberty, property, privileges or immunities, or in any manner disfranchised, except by the due course of the law of the land. Right of travel has been violated; in the past.
2. inalienable rights were violated; protected by 1876 Texas Constitution (as ratified without subsequent amendments) and 1876 BILL OF RIGHTS, ARTICLE I SECTION 9. The people shall be secure in their persons, houses, papers and possessions from all unreasonable seizures or searches, and no warrant to search any place, or to seize any person or thing, shall issue without describing them as near as may be, nor without probable cause supported by oath or affirmation, particularly describing the place, or places, to be searched, and the persons or things to be seized. Violated; in the past.
3. Conspiracy aginst rights; Two persons conspired to injure, oppress, threaten & intimidate in the state of Texas, hindering the free exercise or enjoyment of right to travel secured by the 1876 Texas Constitution which is subject only to the dejur Constitution, or because of ones having so exercised the same; an attempt to kidnap,(no warrant but pulled over) aggravated sexual abuse (touching ones 'nether regions while detained'.)
4. Deprivation of rights under color of law; Two persons in disguise on the highway, willfully subjected one person in the State of Texas, to the deprivation of rights & immunities from, varied punishments, pains,and penalties, on account of one person being an alien(not perscribed to the drivers program) or by reason of his color, or race(on presumption of narcotics in one's possession, one asked to search vessel, request was denied; other person in disguise with a leashed canine ran around the vessel, talking at canine, canine infered, person with dog deduced permissability to search the vessel without consent.) Violated in the past. (officer Testers unwarranted search yielded private papers which he confiscated then mailed back violation of inalienable rights, protected by 1876 Texas Constitution: Article 1 section 17.)
5. the people...have free ingress and regress to and from any other state,... realized only by travel and and protected by Article IV. of The Articles of Confederation. 6...monopolies are contrary to the genius of a free government, 1876 Texas Constitution

9/5/13

**1876 Texas Constitution (as ratified without subsequent amendments) ARTICLE I, BILL OF RIGHTS, SECTION 24, The military at all times shall be subordinate to the civil authority**. Notice of Special Restricted Appearance: Arthur Qadri El, Beneficial Owner 1st Lien Holder of JOHNSON, ARTHUR LYNN JR Estate d/b/a ARTHUR LYNN JOHNSON JR©®TM

Arthur Qadri El, registered Owner
of JOHNSON, ARTHUR LYNN JR corp. sole Dba ARTHUR LYNN JOHNSON JR
c/o [3504] 3504 Plains Dr, [Texas] state Republic Near; [76542]

### NOTICE OF CONSTITUTIONAL CHALLENGE TO STATUTE

### AND MOTION TO INTERVENE

| | | |
|---|---|---|
| STATE OF TEXAS | § | Case Number: TX6B9A0TWW2J |
| v. | § | |
| | § | |
| JOHNSON, ARTHUR LYNN JR corp. sole | § | |
| Dba. ARTHUR LYNN JOHNSON JR | § | NOTICE OF REMOVAL FROM COURT |

IN THE JUSTICE OF THE PEACE PRECIENT 11 PLACE 11

WACO TEXAS

**CERTIFICATE OF SERVICE**

I, Arthur Qadri El, living Man for JOHNSON, ARTHUR LYNN JR corp. sole dba. ARTHUR LYNN JOHNSON JR, am to certify that I have this day served the Civil Clerk with this **Notice of Constitutional Challenge to Statute and Motion to Intervene** by Hand Delivery thereon to ensure delivery:

Dated this 17th day of June 2022

_[signature]_ Free name

pg. 7



**<u>1876 Texas Constitution (as ratified without subsequent amendments) ARTICLE I. BILL OF RIGHTS. SECTION 24. The military at all times shall be subordinate to the civil authority</u>**. Notice of Special Restricted Appearance: Arthur Qadri El, Beneficial Owner 1st Lien Holder of JOHNSON, ARTHUR LYNN JR Estate d/b/a ARTHUR LYNN JOHNSON JR©®TM

### IN THE JUSTICE OF THE PEACE PRECINT 11 PLACE 11

### WACO TEXAS

| | | |
|---|---|---|
| STATE OF TEXAS | § | Case Number: TX6B9A0TWW2J |
| v. | § | |
| | § | |
| JOHNSON, ARTHUR LYNN JR corp. sole | § | |
| Dba. ARTHUR LYNN JOHNSON JR | § | NOTICE AFFIDAVIT OF DENIAL |

### <u>REBUTTLE TO CITATION AND AFFIDAVIT OF TRUTH</u>

Arthur Qadri El, duly sworn deposes and says:

I am in this action, and I respectfully submit this affidavit in opposition to the citation dated May 26th 2022 made by officer TESTER. I have personal knowledge of the facts whichbear on this motion.

TAKE NOTICE THAT pursuant to; The 1876 Texas Constitution (as ratified without subsequent amendments) BILL OF RIGHTS SECTION 29. BILL OF RIGHTS EXCEPTED FROM POWERS OF GOVERNMENT AND INVIOLATE. *To guard against transgressions of the high powers herein delegated, we declare that everything in this "Bill of Rights" is excepted out of the general powers of government, and shall forever remain inviolate, and all laws contrary thereto, or to the following provisions, shall be void.*

> i.   FAIL TO DISPLAY DRIVER LICENSE (TXTRC 521.025A), **"I deny"**
>
> ii.  FAIL TO MAINTAIN FINANCIAL RESPONSIBILITY (#) (TXTRC 601.191), **"I deny"**

pg. 8

<u>1876 Texas Constitution (as ratified without subsequent amendments) ARTICLE I. BILL OF RIGHTS. SECTION 24. The military at all times shall be subordinate to the civil authority</u>. Notice of Special Restricted Appearance: Arthur Qadri El, Beneficial Owner 1st Lien Holder of JOHNSON, ARTHUR LYNN JR Estate d/b/a ARTHUR LYNN JOHNSON JR©®TM

> iii. OPERATION OF VEHICLE WITH EXPIRED LICENSE PLATE (TXTRC 502.407), "I deny"
>
> iv. DRIVE IN LEFT LANE WHEN NOT PASSING OR WHERE PROHIBITED ( TXTRC 544.011; 544.004), "I deny"
>
> v. 5. OPERATE VEHICLE W/O REGISTRATION INSIGNIA # (TXTRC 502.473) "I deny"

_Arthur Qadri El_

State of Texas )

)SS:

County of Bell)

SWORN to and subscribed before me, this 17th the day of June 2022.

_Naydia Haslem_ NOTARY PUBLIC

My Commission Expires:

16 October 2024



NAYDIA HASLEM
Notary Public, State of Texas
Comm. Expires 10-16-2024
Notary ID 132753509

**1876 Texas Constitution (as ratified without subsequent amendments) ARTICLE I. BILL OF RIGHTS. SECTION 24. The military at all times shall be subordinate to the civil authority.** Notice of Special Restricted Appearance: Arthur Qadri El, Beneficial Owner 1st Lien Holder of JOHNSON, ARTHUR LYNN JR Estate d/b/a ARTHUR LYNN JOHNSON JR©®TM

> iii. OPERATION OF VEHICLE WITH EXPIRED LICENSE PLATE (TXTRC 502.407), "I deny"
>
> iv. DRIVE IN LEFT LANE WHEN NOT PASSING OR WHERE PROHIBITED ( TXTRC 544.011; 544.004), "I deny"
>
> v. 5. OPERATE VEHICLE W/O REGISTRATION INSIGNIA # (TXTRC 502.473) "I deny"

*[signature: Arthur Qadri El]*

State of Texas )

)SS:

County of Bell )

SWORN to and subscribed before me, this 17th the day of June 2022.

_____ NOTARY PUBLIC

My Commission Expires:

16 October 2024

NAYDIA HASLEM
Notary Public, State of Texas
Comm. Expires 10-16-2024
Notary ID 132753509

pg. 9

# COPYRIGHT 70930

| | |
|---|---|
| First name | ***** |
| Last name | ***** |
| Pseudonym | Qadri'el |
| City | ***** |
| Country | United States of America |



| | |
|---|---|
| Received on | 2020-12-11 16:41:32 |
| Sole Author | Yes |
| Category | Other > Other |
| Title | ARTHUR LYNN JOHNSON JR |
| Description | The General Executor only uses this mark in commerce. |

Copyright number

00070930-1

Copyright valid in 177 countries of the Berne Convention

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Jun 17 03:32:22 EDT 2022

Logout  Please logout when you are done to release system resources allocated for you.

Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)



Arthur Lynn Johnson Jr

| | |
|---|---|
| Word Mark | ARTHUR LYNN JOHNSON JR |
| Goods and Services | IC 041. US 100 101 107. G & S: Consultations Coaching. FIRST USE: 20201008. FIRST USE IN COMMERCE: 20201008 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 97327104 |
| Filing Date | March 23, 2022 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Owner | (APPLICANT) El, Arthur INDIVIDUAL FRANCE 3504 Plains Dr. Killeen TEXAS 76542 |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Other Data | The name(s), portrait(s), and/or signature(s) shown in the mark identifies Arthur L. Johnson Jr, whose consent(s) to register is made of record. |
| Live/Dead Indicator | LIVE |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY