UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. 6:22-CV-633-ADA-DTG |
| Arthur Lynn Johnson, Jr., | § | |
| Defendant. | § | |

**O R D E R**

On October 15, 2025, this Court ordered Plaintiff to show cause and explain the absence of a Scheduling Order within one week. Dkt. 5. Plaintiff was notified that the Court would dismiss the case *sua sponte* in the absence of a reasonable explanation. Plaintiff has not filed any response or shown the Court any reason why the case should not be dismissed.

As of October 22, 2025, Plaintiff has provided no explanation for the lack of prosecution of this case. Thus, the Court hereby **ORDERS** that this case be **DISMISSED WITHOUT PREJUDICE**.

Accordingly, the Clerk's Office is directed to **CLOSE** this case.

**SIGNED** this 22nd day of October, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE